UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00170-MOC-DLH

| | |
|---|---|
| STANLEY JEFFREY PENLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| MCDOWELL COUNTY BOARD OF EDUCATION | ) |
| ROBERT GILLESPIE | ) |
| GERRI MARTIN | ) |
| H. RUSSELL NEIGHBORS | ) |
| NATALIE GOUGE, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on defendants' Motions to Dismiss (#33, #38, & #42) made pursuant to Rule 12(b)(1),(2), & (6), Federal Rules of Civil Procedure. Having considered defendants' Motions to Dismiss and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motions to Dismiss (#33, #38, & #42) are DENIED without prejudice as to reasserting the substance of those motions after discovery has closed in the form of motions for summary judgment.

Signed: March 27, 2015



Max O. Cogburn Jr
United States District Judge