IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv170

| | |
|---|---|
| STANLEY JEFFREY PENLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MCDOWELL COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Compel [# 58]. The Court **DIRECTS** the parties to appear for a hearing on Friday, October 23, 2015, at 1:30 p.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address the pending Motion to Compel [# 58].

Signed: October 2, 2015

Dennis L. Howell
United States Magistrate Judge