UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00170-MOC-DLH

| | | |
|---|---|---|
| **STANLEY JEFFREY PENLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MCDOWELL COUNTY BOARD OF** | ) | |
| **EDUCATION** | ) | |
| **ROBERT GILLESPIE** | ) | |
| **GERRI MARTIN** | ) | |
| **H. RUSSELL NEIGHBORS** | ) | |
| **NATALIE GOUGE,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motions for Summary Judgment (#s 79, 81, & 83). Review of the docket reveals that these motions have been fully briefed. Oral arguments will be scheduled. In addition, the Clerk of Court will be instructed to rename ECF entry #91 from "RESPONSE re Memorandum in Opposition …" to "REPLY to Response…."

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court CALENDAR defendants' Motions for Summary Judgment (#s 79, 81, & 83) for ORAL ARGUMENTS on the undersigned's next available Asheville civil motions day.

The Clerk of Court is instructed to rename ECF entry #91 as a REPLY to Response.

Signed: June 13, 2016

Max O. Cogburn Jr.
United States District Judge