# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| STANLEY JEFFREY PENLEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00170-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| MCDOWELL COUNTY BOARD OF EDUCATION, ROBERT GILLESPIE, GERRI MARTIN, H. RUSSELL NEIGHBORS, AND NATALIE GOUGE, | ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2016 Order.

August 19, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court