UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00170-MOC-DLH

| | | |
|---|---|---|
| **STANLEY JEFFREY PENLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MCDOWELL COUNTY BOARD OF EDUCATION** | ) | |
| **ROBERT GILLESPIE** | ) | |
| **GERRI MARTIN** | ) | |
| **H. RUSSELL NEIGHBORS** | ) | |
| **NATALIE GOUGE,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Stay Proceedings Pending Appeal. Having considered plaintiff's motion and reviewed the pleadings, and it appearing that defendants' consent, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Stay Proceedings Pending Appeal (#110) is **GRANTED**, and consideration of defendants' joint Motion for Attorney Fees (#102) is **STAYED** pending resolution of the Appeal (#107).

Signed: September 13, 2016

Max O. Cogburn Jr.
United States District Judge